# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

FILED
Scott L. Poff, Clerk
United States District Court
By mgarcia at 11:41 am, Nov 26, 2019

| | |
|---|---|
| PAUL HOLDAGO, | |
| Petitioner, | CIVIL ACTION NO.: 5:19-cv-9 |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 9. Petitioner Paul Holdago ("Holdago") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **GRANTS** Respondent's unopposed Motion to Dismiss, **DISMISSES without prejudice** Holdago's 28 U.S.C. § 2241 Petition for failure to exhaust his administrative remedies, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. Additionally, the Court

**DENIES** Holdago *in forma pauperis* status on appeal.

**SO ORDERED**, this 26 day of November, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)